IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                              CASE NUMBER: 1:01-CR-0131-01

vs.

**Bennie Sanders**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court                              *Date and Time: March 27, 2007 @ 10:00 AM
Courtroom #3
228 Walnut Street
8th Floor, Federal Building
Harrisburg, PA. 17101

Type of Proceeding: Arraignment/Guilty Plea

Date: February 21, 2007                              /s/ Mark J. Armbruster
                                                     By: Mark J. Armbruster, Deputy Clerk

CC:   Judge Sylvia H. Rambo
      Lenora Smith, Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.