IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:01-CR-0131-08 |
| v. | : |
| BENNIE SANDERS | : |

FILED
HARRISBURG, PA

MAR 27 2007

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

P L E A

AND NOW, this 27th day of March, 2007, the defendant, BENNIE SANDERS, hereby pleads Guilty to Count-I of the Indictment.

_____
(Signature of Defendant)

_____
(Signature of Counsel)