IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:CR-01-131-08 |
| v. | : |
| BENNIE SANDERS | : |

**ORDER**

FILED
HARRISBURG, PA

MAR 27 2007

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

AND NOW, this ___27___ day of March, 2007, the court finds that the defendant is acting voluntarily and not as a result of force or threats or promises apart from the plea agreement, that he understands his rights and the consequences of his plea and voluntarily waives his right to trial. The court is satisfied that the plea has a basis in fact and contains all the elements of the crime charged. The court therefore permits the revocation of the not guilty plea, accepts the plea of guilty to Count 1 of the Indictment and directs the entry of a judgment of guilty on the plea.

Sentence is deferred pending receipt by the court of the presentence report which shall be disclosed no later than ___May 21, 2007___.

_____
SYLVIA H. RAMBO
United States District Judge