IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

| | |
|---|---|
| **United States of America** | CASE NUMBER: 1:01-CR-0131-08 |
| vs. | |
| **Bennie Sanders** | |

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

**\*\*Date and Time: July 25, 2007 @ 2:00 PM**

Type of Proceeding: *Sentencing

Date:  July 6, 2007

/s/ Mark J. Armbruster
By: Mark J. Armbruster, Deputy Clerk

CC:  Judge Sylvia H. Rambo
      Lenora Smith, Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

**\*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.**

\*\*Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You