AO 245 B (Rev. 06/05) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | CASE NUMBER: 1:01-CR-0131-08 |
| VS. | USM NUMBER: 15737-067 |
| BENNIE SANDERS | |

_____Lenora Smith_, Esquire
**Defendant's Attorney**

**THE DEFENDANT:**
[X] pleaded guilty to count 1 of an Indictment.
[ ] pleaded nolo contendere to count(s)_____
   which (was)(were) accepted by the court.
[ ] was found guilty on count(s)_____ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title/Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 371 | Conspiracy to Commit Mail and Wire Fraud | 02/28/2001 | 1 |

   The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has been found not guilty on count(s)_____.
[X] Count(s) 2-51 are dismissed on the motion of the United States.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or, mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

**July 25, 2007**
Date of Imposition of Sentence

Date: July 26, 2007

S/Sylvia H. Rambo,
U.S. District Judge
Middle District of Pennsylvania

★U.S.GPO:1990-722-448/10286

AO 245 B (Rev. 06/05) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant: BENNIE SANDERS　　　　　　　　　　　　　　　　　Judgment-Page 2 of 8
Case Number: 1:01-CR-0131-08

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of (15) fifteen months. Defendant is to immediately leave the United States upon release from incarceration and not report to the Bureau of Immigration and Customs Enforcement.

[X] The court makes the following recommendations to the Bureau of Prisons:
　　Placement at a facility as close to the Toronto, Canadian border as possible (such as FCI McKean) so that upon release the defendant can immediately leave the United States.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

　　[ ] at _____ a.m./p.m. on _____.
　　[ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
　　[ ] before 2 p.m. on _____.
　　[ ] as notified by the United States Marshal.
　　[ ] as notified by the probation office.
　　[ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 8/20/07 to MVCC _____ at Philipsburg PA _____, with a certified copy of this judgment.

M. Zenk Warden
~~United States Marshal~~

R Dimond Records
~~Deputy Marshal~~